UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON SCOTT HOLBROOK                                              PLAINTIFF

V.                    CASE NO. 4:09CV00203-BSM-BD

MICHAEL RICHARDS, *et al.*                                          DEFENDANTS

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. The parties have filed no objections. After carefully reviewing the recommendation, as well as reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Defendants' motion for summary judgment (Doc. No. 14) is GRANTED. Plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED, this 19th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE