UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANDON SCOTT HOLBROOK**                                            **PLAINTIFF**

**V.**                       **CASE NO. 4:09CV00203-BSM-BD**

**MICHAEL RICHARDS,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE